948

No. 1109. GUZICK *v.* DREBUS ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. ▆▆▆▆▆▆▆

No. 6243. LOCKE, AKA JOHNSON *v.* ERICKSON, WARDEN. Sup. Ct. S. D. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. ▆▆▆▆▆▆▆

No. 1036. LASH, WARDEN *v.* BROWN. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▆▆▆▆▆

No. 1079. DOBBS HOUSES, INC. *v.* SANDERS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▆▆▆▆▆

No. 1047. AMERICAN RADIATOR & STANDARD SANITARY CORP. ET AL. *v.* UNITED STATES ET AL.;
No. 1048. BORG-WARNER CORP. *v.* UNITED STATES;
No. 1049. HELD *v.* UNITED STATES; and
No. 1050. KOHLER Co. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. Reported below: 433 F. 2d 174.

No. 1058. BOIARDO *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition. ▆▆▆▆

No. 1061. CURRY *v.* SHER ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.